**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Nathan Louis Lomax, | Case No.: 2:24-cv-01345-JAD-EJY |
| Plaintiff | |
| v. | **Order Granting Unopposed Motion to Dismiss and Closing Case** |
| William Hutchins, et al., | [ECF No. 13] |
| Defendants | |

Plaintiff Nathan Louis Lomax brought this civil-rights action claiming that his Eighth Amendment right against deliberate indifference to his serious medical needs was violated when Warden Hutchins and Chief of Nursing Faulkner ignored his many requests for surgery and treatment for his torn meniscus.[1]  On December 22, 2025, Hutchins and Faulker filed a motion to dismiss Lomax's claim against them as duplicative of another case, untimely, and barred by the doctrine of qualified immunity.[2]  A December 30, 2025, minute order advised Lomax that his failure to oppose that motion within 14 days would constitute consent to granting it.[3]  That deadline passed without any response, leaving the motion to dismiss unopposed.

This court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."  I apply this rule and deem the plaintiff's failure to respond to the motion to dismiss as consent to granting the

---

[1] *See* screening order at ECF No. 4.

[2] ECF No. 13.

[3] ECF No. 15.

motion.  IT IS THEREFORE ORDERED that the motion to dismiss **[ECF No. 13] is**

**GRANTED.**  This case is dismissed, and the Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
January 23, 2026